**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DOUG AND MAYLENE JEFFRESS, STEVE AND DEBBIE EDDLEMAN, ERNEST AND ELLA TUCKER, STEPHEN AND AMY ATCHISON, JIMMY AND JUDY ATCHISON, ARVILLE BEARD, GARY AND ALISA TUCKER, MARIE DEATON, VAL AND LISA WOOD, TIMOTHY AND HOLLY DUNN, JACOB AND CANDACE PETTIGREW, WILLIAM AND KATHY GRIFFITH, KAREN WAY, DANNY AND KATHY MORTON, TRACY AND ALLEN SHELLY, AND BEATRICE COLLINS,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. ________________** |
| **CHESAPEAKE EXPLORATION, L.L.C., CAPITAL LAND SERVICES, INC. AND RICHARD GARZA,** | § | |
| **Defendants.** | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Chesapeake Exploration, L.L.C. ("Chesapeake"), Defendant, and removing party in this action, and files this Notice of Removal to the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1441, *et seq.*, and would respectfully show the Court as follows:

1. Chesapeake is the Defendant in a civil action filed on May 4, 2009, by Doug and Maylene Jeffress, Steve and Debbie Eddleman, Ernest and Ella Tucker, Stephen and Amy Atchison, Jimmy and Judy Atchison, Arville Beard, Gary and Alisa Tucker, Marie Deaton, Val

and Lisa Wood, Timothy and Holly Dunn, Jacob and Candace Pettigrew, William and Kathy Griffith, Karen Way, Danny and Kathy Morton, Tracy and Allen Shelly, and Beatrice Collins (collectively, "Plaintiffs"), in the 249th District Court of the State of Texas, County of Johnson, entitled *Doug and Maylene Jeffress, Steve and Debbie Eddleman, Ernest and Ella Tucker, Stephen and Amy Atchison, Jimmy and Judy Atchison, Arville Beard, Gary and Alisa Tucker, Marie Deaton, Val and Lisa Wood, Timothy and Holly Dunn, Jacob and Candace Pettigrew, William and Kathy Griffith, Karen Way, Danny and Kathy Morton, Tracy and Allen Shelly, and Beatrice Collins v. Chesapeake Exploration, L.L.C., Capital Land Services, Inc. and Richard Garza,* Cause No. C200900251. Chesapeake is submitting copies of all the pleadings in this action.

2. The Citation and Original Petition in this action were served on Chesapeake on May 11, 2009, through its registered agent. This notice of removal is filed within 30 days of receipt of the paper giving rise to diversity jurisdiction. *See* 28 U.S.C. § 1446(b).

3. The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that each Defendant, properly joined to this action, is now and was at the time this action was commenced, diverse in citizenship from every Plaintiff. No properly joined Defendant is or was at the time the suit was commenced a citizen of the State of Texas.

4. Both now and at the time the petition was filed, each Plaintiff is/was a citizen of Texas. According to Plaintiffs' petition, Plaintiffs are citizens of Texas both now and at the time the Petition was filed, as shown below:

(a) Doug and Maylene Jeffress: Doug and Maylene Jeffress, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(b) Steve and Debbie Eddleman: Steve and Debbie Eddleman, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(c) Ernest and Ella Tucker. Ernest and Ella Tucker, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(d) Stephen and Amy Atchison: Stephen and Amy Atchison, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(e) Jimmy and Judy Atchison: Jimmy and Judy Atchison, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(f) Arville Beard: Arville Beard, an Individual, is a resident of Johnson County, Texas, and a citizen of the State of Texas.

(g) Gary and Alisa Tucker: Gary and Alisa Tucker, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(h) Marie Deaton: Marie Deaton, an Individual, is a resident of Johnson County, Texas, and a citizen of the State of Texas.

(i) Val and Lisa Wood: Val and Lisa Wood, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(j) Timothy and Holly Dunn: Timothy and Holly Dunn, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(k) Jacob and Candace Pettigrew: Jacob and Candace Pettigrew, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(l) William and Kathy Griffith: William and Kathy Griffith, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(m) Karen Way: Karen Way, an Individual, is a resident of Johnson County, Texas, and a citizen of the State of Texas.

(n) Danny and Kathy Morton: Danny and Kathy Morton, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(o) Tracy and Allen Shelly: Tracy and Allen Shelly, Individuals, are residents of Johnson County, Texas, and citizens of the State of Texas.

(p) Beatrice Collins: Beatrice Collins, an Individual, is a resident of Johnson County, Texas, and a citizen of the State of Texas.

5. Defendant Chesapeake is a citizen of Oklahoma, as it was when the petition was filed. Specifically, Chesapeake is a limited liability company registered in Oklahoma, Chesapeake's principal place of business is also located in Oklahoma at 6100 North Western Avenue, Oklahoma City, Oklahoma 73118. Both now and at the time the petition was filed, its sole members are (and were):

(a) Chesapeake Energy Corporation, an Oklahoma corporation with its principal place of business at 6100 North Western Avenue, Oklahoma City, OK 73118, which was also true when the petition was filed; and

(b) Chesapeake Operating, Inc., an Oklahoma corporation with its principal place of business at 6100 North Western Avenue, Oklahoma City, OK 73118, which was also true when the petition was filed. As a result, Defendant Chesapeake is a citizen of Oklahoma.[1]

6. Defendant Capital Land Services, Inc. is a citizen of Oklahoma, as it was when the Petition was filed. Capital's principal place of business is located in Oklahoma at 609 South Kelly, Suite D, Edmund, Oklahoma 73003.

7. Defendant Richard Garza is a Defendant that Plaintiffs have improperly or fraudulently joined to defeat diversity. There is no reasonable basis for believing Plaintiffs could

---

[1] A corporation is a citizen of both the state where it was incorporated and the state where it has its principal place of business. *Getty Oil Corp. v. Insurance Co. of N. Am.*, 841 F.2d 1254, 1258 (5th Cir. 1988).

recover from this Defendant in state court. Garza is an independent contractor for Capital Land Services, Inc. Capital Land Services, Inc. acts as Chesapeake's leasing agent. Plaintiffs have asserted a breach of contract claim arising out of purported leases with Chesapeake. Garza is not, and cannot be, personally liable for any damages arising from Chesapeake's alleged breach of the leases. There is no basis for Richard Garza's presence as a Defendant other than to defeat diversity. As such, his citizenship may be ignored for removal papers.

8. None of Defendant Chesapeake's partners or members are citizens of Texas, nor were they when the petition was filed or amended. Plaintiffs were/are citizens of Texas when the petition was filed. Accordingly, complete diversity of citizenship exists as to the parties both at the time of removal and the time the petition was filed. *See* 28 U.S.C. § 1332.

9. Plaintiffs have sued Chesapeake for alleged breach of gas leases: "Defendant's [sic] breached said contract by 'rescinding' it after Plaintiffs' acceptance. Said breach resulted in damages to Plaintiffs of almost $2 million dollars in bonus money, $35000 per well site, as well as various other damages." *See* Petition, p. 4. Therefore, Plaintiffs' Petition seeks relief exceeding $75,000. *See Garcia v. Koch Oil Co. of Texas, Inc.*, 351 F.3d 636, 641 (5th Cir. 2003) (noting "it is well established that the amount in controversy is measured by the value of the object of the litigation"), quoting *Hunt v. Wash. State Apple Adver. Comm'n,* 432 U.S. 333, 347, 97 S.Ct. 2434, 53 L.Ed.2d 383 (1977).

10. In their Original Petition, Plaintiffs requested a jury trial in the State Action.

11. An Appendix containing true and correct copies of the State Court Pleadings is being filed with the Court.

12. Defendant is removing this action pursuant to 28 U.S.C. § 1441(a) which allows a Defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction…to the district court of the United States for the district

and division embracing the place where the action is pending." The United States District Courts have original jurisdiction of this action because complete diversity exists among the parties, both at the time the Petition was filed and at the time of removal, and the amount in controversy exceeds $75,000.00. *See* 28 U.S.C. § 1332. Further, the United States District Court of the Northern District of Texas is the proper court to which this case should be removed because the State Action was filed in Dallas County, Texas. *See* 28 U.S.C. § 124(a)(1).

13. Written notice of the filing of this Notice of Removal is being served this date on Plaintiffs' counsel of record.

14. A true and correct copy of this Notice of Removal will be filed with the clerk of the 249th Judicial District Court, Johnson County, Texas. A file-marked copy of the Notice of Filing of Notice of Removal that is filed in the State Action will be filed with this Court.

**CONCLUSION**

WHEREFORE, Defendant Chesapeake respectfully requests that this action proceed in this Court as an action properly removed.

Respectfully submitted,

/s/ Roger C. Diseker
Bart A. Rue (*LEAD ATTORNEY)*
Texas Bar No. 17380500
e-mail: bart.rue@khh.com
Roger C. Diseker
Texas Bar No. 00787371
e-mail: roger.diseker@khh.com
Clark H. Rucker
Texas Bar No. 24066011
e-mail: clark.rucker@khh.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR DEFENDANTS CHESAPEAKE EXPLORATION, L.L.C., CAPITAL LAND SERVICES, INC., AND RICHARD GARZA**

## CERTIFICATE OF SERVICE

This is to certify that the above document has been sent this 13th day of May, 2009, via facsimile and certified mail, return receipt and facsimile requested to the following:

Christopher C. Cooke
State Bar No. 00795303
The Cooke Law Firm, P.C.
202 Hyde Park, Suite 300
Cleburne, Texas 76033

/s/ Roger C. Diseker
Roger C. Diseker